1

E. L. HAWKINS v. STATE.   (No. 10101.)
(Court of Criminal Appeals of Texas.  Feb. 24, 1926.)  Appeal from Criminal District Court, Dallas County;  Felix D. Robertson, Judge. Robert J. Cantrell and I. B. Cantrell, both of Dallas, for appellant.  Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

LATTIMORE, J.  Appellant was convicted in the criminal district court of Dallas county of driving an automobile while in a condition of intoxication, and his punishment fixed at 25 days in the county jail.  By an affidavit, duly sworn to, appellant makes known his desire that his appeal be dismissed.  The request is granted, and the appeal is dismissed.

2

Robert HENRY v. STATE.   (No. 9945.) (Court of Criminal Appeals of Texas.  March 10, 1926.)  Appeal from District Court, Fannin County;  George P. Blackburn, Judge.  Fred S. Rogers, of Bonham, for appellant.  Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

LATTIMORE, J.  Conviction in district court of Fannin county of murder; punishment fixed at 25 years in the penitentiary.  The record is devoid of any exception preserved either to the charge of the court or to the rejection or reception of any testimony.  Appellant claimed he killed deceased because he took him in the act of adultery with appellant's wife.  The evidence in this regard is conflicting.  The issues relative thereto were submitted to the jury fully, and in a manner apparently satisfactory to the accused, and the jury have solved the conflict against him.  Finding no error in the record, the judgment will be affirmed.

3

Lillie HIRT v. STATE.   (No. 9975.)  (Court of Criminal Appeals of Texas.  March 10, 1926.)  Appeal from District Court, Callahan County;  W. R. Ely, Judge.  W. J. Cunningham, of Abilene, for appellant.  Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

HAWKINS, J.  Conviction is for manslaughter, with punishment assessed at two years in the penitentiary.  Appellant files request under oath that the appeal in this case be dismissed. In compliance therewith, it is accordingly so ordered.

4

J. T. INGRAM v. STATE.   (No. 9951.) (Court of Criminal Appeals of Texas.  March 10, 1926.)  Appeal from District Court, Shackelford County;  W. R. Ely, Judge.  W. C. Tis-

dale, of Baird, for appellant.  Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

LATTIMORE, J.  Conviction in the district court of Shackelford county for selling liquor; punishment fixed at one year in the penitentiary.  The record is before us, without any bills of exception or statement of facts.  The indictment fully charges the offense, and the charge of the court submits correctly the law applicable.  Finding no error in the record, the judgment will be affirmed.

5

Tom TAYLOR v. STATE.   (No. 9402.) (Court of Criminal Appeals of Texas.  Feb. 24, 1926.)  Commissioners' Decision.  Appeal from District Court, Grayson County;  F. E. Wilcox, Judge.  Reasonover & Reasonover, of Denison, for appellant.  Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

BERRY, J.  The offense is possession of intoxicating liquor, and the punishment is one year in the penitentiary.  There are no bills of exceptions contained in the record.  The evidence is amply sufficient to support the verdict. The issues of fact were properly submitted in an unexceptionable charge, and, there being nothing contained in the record suggesting that the case was not properly tried, it is our opinion that the judgment should be in all things affirmed.

PER CURIAM.  The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

6

Tom TAYLOR v. STATE.   (No. 9403.) (Court of Criminal Appeals of Texas.  Feb. 24, 1926.)  Commissioners' Decision.  Appeal from District Court, Grayson County;  F. E. Wilcox, Judge.  Reasonover & Reasonover, of Denison, for appellant.  Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

BERRY, J.  The offense is unlawful possession of a still, and the punishment is two years in the penitentiary.  There are no bills of exceptions contained in the record, and a careful examination of the facts convinces us that they were amply sufficient to support the verdict.  It is accordingly ordered that the judgment be in all things affirmed.

PER CURIAM.  The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

7

J. L. WALLING v. STATE.   (No. 10100.) (Court of Criminal Appeals of Texas.  Feb. 24, 1926.)  Appeal from Criminal District Court, Dallas County;  Felix D. Robertson, Judge. G. W. Lindsey, of Dallas, for appellant.  Sam D. Stinson, State's Atty., of Austin, and Nat